AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>McEWEN, CATHERINE P. | **2. Court or Organization**<br><br>Middle District of Florida | **3. Date of Report**<br><br>07/23/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

801 N. Florida Ave.
Chambers 8B
Tampa, FL 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Salesian Youth Center (charitable organization) |
| 2. | Director at Large Board Member (advisory) | Hillsborough Association for Women Lawyers |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | June 2015 | Western Michigan University Cooley Law School and I have orally agreed that I will teach one semester or more per year, subject to Eleventh Circuit approval. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 1/2018 | Western Michigan University Cooley Law School, compensation for teaching | $4,125.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 1/18/18 | Tampa, FL | Seminar speaker | Dinner |
| 2. | International Women's Insolvency & Restructuring Confederation (cont'd in Part VIII) | 4/12-13/18 | Atlanta, GA | Seminar speaker | Air fare, dinner, hotel, parking |
| 3. | Jacksonville Bankruptcy Bar Association | 8/16-17/18 | Ponte Vedra Beach, FL | Seminar speaker | Air fare, hotel |
| 4. | National Conference of Bankruptcy Judges | 10/27-31/18 | San Antonio, TX | Annual conference attendee/meetings | Air fare, hotel, ground transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McEWEN, CATHERINE P. | 07/23/2019 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5. | National Conference of Bankruptcy Judges | 12/10-11/18 | Washington.D.C. | Meeting with Chief Justice | Hotel, ground transportation, lunch |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McEWEN, CATHERINE P. | 07/23/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Tampa Bay Rays Baseball | One-half suite and food (estimated cost) | $480.00 |
| 2. | Ray Hyer, Gardner Asphalt, Sun Coatings | Six USF football tickets in sky box and food (estimated cost) | $540.00 |
| 3. | The Florida Bar | Registration waivers for View from the Bench and Article 9 seminars | $600.00 |
| 4. | Tampa Bay Bankruptcy Bar Association | Dues waiver, formal and consumer luncheons, holiday party, guest lunches, happy hours | $580.00 |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEWEN, CATHERINE P. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO DDA/CD/Savings/MMA Accounts | A | Interest | M | T | | | | | |
| 2. State Farm Bank Account | A | Interest | J | T | | | | | |
| 3. SCHWAB IRA (H) (4-49 BELOW) | | | | | | | | | |
| 4. IQFD | A | Int./Div. | J | T | Sold (part) | 01/30/18 | J | A | |
| 5. | | | | | Sold (part) | 06/07/18 | J | A | |
| 6. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 7. MLPX | A | Int./Div. | J | T | Buy | 07/26/18 | J | | |
| 8. SNLN | A | Int./Div. | | | Buy (add'l) | 01/30/18 | J | | |
| 9. | | | | | Sold (part) | 07/26/18 | J | A | |
| 10. | | | | | Sold | 11/19/18 | J | A | |
| 11. EMB | A | Int./Div. | J | T | Buy | 07/26/18 | J | | |
| 12. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 13. EFV | A | Int./Div. | J | T | Sold (part) | 01/30/18 | J | A | |
| 14. | | | | | Buy (add'l) | 07/26/18 | J | | |
| 15. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 16. EWU | A | Int./Div. | J | T | Buy | 01/30/18 | J | | |
| 17. | | | | | Buy (add'l) | 06/07/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEWEN, CATHERINE P. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 19. QUAL | A | Int./Div. | J | T | Buy | 01/30/18 | J | | |
| 20. | | | | | Sold (part) | 11/19/18 | J | A | |
| 21. FNDE | A | Int./Div. | J | T | Buy | 01/30/18 | J | | |
| 22. | | | | | Buy (add'l) | 07/26/18 | J | | |
| 23. SCHP | A | Int./Div. | J | T | Buy (add'l) | 01/30/18 | J | | |
| 24. JNK | A | Int./Div. | | | Sold | 06/07/18 | J | A | |
| 25. SPIB | A | Int./Div. | J | T | Buy (add'l) | 01/30/18 | J | | |
| 26. MOAT | A | Int./Div. | J | T | Buy | 01/30/18 | J | | |
| 27. EMLC | A | Int./Div. | J | T | Buy (add'l) | 06/07/18 | J | | |
| 28. VDC | A | Int./Div. | J | T | Buy (add'l) | 11/19/18 | J | | |
| 29. VEA | A | Int./Div. | J | T | Sold (part) | 01/30/18 | J | A | |
| 30. | | | | | Sold (part) | 06/07/18 | J | A | |
| 31. | | | | | Sold (part) | 11/19/18 | J | A | |
| 32. VWO | A | Int./Div. | J | T | Sold (part) | 01/30/18 | J | A | |
| 33. | | | | | Sold (part) | 06/07/18 | J | A | |
| 34. | | | | | Buy (add'l) | 07/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEWEN, CATHERINE P. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 36. VGIT | A | Int./Div. | J | T | Buy (add'l) | 01/30/18 | J | | |
| 37. | | | | | Sold (part) | 11/19/18 | J | A | |
| 38. VO | A | Int./Div. | J | T | Sold (part) | 01/30/18 | J | A | |
| 39. VMBS | A | Int./Div. | J | T | Buy | 06/07/18 | J | | |
| 40. BSV | A | Int./Div. | J | T | Buy | 06/07/18 | J | | |
| 41. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 42. VBR | A | Interest | J | T | | | | | |
| 43. BND | A | Int./Div. | K | T | Buy (add'l) | 01/30/18 | J | | |
| 44. | | | | | Sold (part) | 11/19/18 | J | A | |
| 45. VTI | A | Int./Div. | J | T | Sold (part) | 01/30/18 | J | A | |
| 46. | | | | | Sold (part) | 07/26/18 | J | A | |
| 47. VTV | A | Int./Div. | J | T | Buy (add'l) | 07/26/18 | J | | |
| 48. DBEF | A | Interest | J | T | Buy | 06/07/18 | J | | |
| 49. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 50. MASSMUTUAL ANNUITY IRA (H) (51-55 BELOW) | | | | | | | | | |
| 51. MML EQUITY | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MML GLOBAL | A | Int./Div. | K | T | | | | | |
| 53. MML GROWTH & INCOME | A | Int./Div. | L | T | | | | | |
| 54. MML MANAGED BOND | A | Int./Div. | M | T | | | | | |
| 55. MML MID CAP GROWTH | A | Int./Div. | K | T | | | | | |
| 56. BANK OF AMERICA CASH ACCOUNT (PARENTS) | A | Interest | L | T | | | | | |
| 57. AMERICAN FUNDS ROTH IRA (H) | | | | | | | | | |
| 58. AF GROWTH PORTFOLIO CL A | A | Int./Div. | J | T | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McEWEN, CATHERINE P. | 07/23/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information:  I reentered my name correctly.

Part III. A. No. 1:  This same payment was disclosed out of an abundance of caution in my 2017 FDR because the check was dated in 2017 but was not sent to me until 2018.  I did teach a course in 2018, but the check was dated and sent to me in January 2019.

Part IV. No. 2:  and Turnaround Management Association

Part VII. No. 56:  I am a signer on my parents' regular and money market checking accounts.  Although I am legally titled, I am not a beneficial owner.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ CATHERINE P. McEWEN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544